JOHN J. McCLOSKEY, as Sheriff of the City of New York, et al., Appellants, *v.* CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.

Argued April 18, 1955; decided June 2, 1955.

*Rene Loeb, Daniel Scheyer* and *Leonard Wacksman* for appellants.

*A. Donald MacKinnon, William Eldred Jackson* and *Janet P. Kane* for respondent.

On appeal from judgment: Judgment affirmed, with costs. No opinion.

On appeal from order: Order affirmed. Question certified answered in the affirmative. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.